The People of the State of New York ex rel. Walter I. Russell, Appellant, v. Charles C. Reinhart, Jr., and Others, Constituting the Board of Trustees,

and JOHN C. NORRIS and Others, Constituting the Board of Assessors of the Incorporated Village of Garden City, New York, Respondents.— In a proceeding instituted under section 291 of the Tax Law to review an assessment of certain real property for the purpose of taxation, order vacating and setting aside the service of the writ of certiorari upon the respondents, dismissing the petition, vacating the order granting the writ and quashing the writ, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.